UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :

QUAD/GRAPHICS, INC.,                                  :

                             Plaintiff,                   :                24-CV-21 (JMF)

            -v-                                 :                <u>ORDER</u>

TAG WORLDWIDE (USA) INC.,                :

                           Defendant.            :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 6, 2024, Defendant filed an Answer to Plaintiff's Amended Complaint.  *See* ECF No. 33.  Accordingly, Defendant's partial motion to dismiss filed at Docket No. 22 is hereby DENIED as moot.

       The Clerk of Court is directed to terminate Docket No. 22.

       SO ORDERED.

Dated: May 7, 2024
       New York, New York

                                                        JESSE M. FURMAN
                                                United States District Judge