UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
QUAD/GRAPHICS, INC., :
:
:
Plaintiff, :
: 24-CV-21 (JMF)
-v- :
: ORDER
:
TAG WORLDWIDE (USA) INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Defendant shall file a reply, not to exceed three pages, in support of its motion for leave to file an amended answer, *see* ECF Nos. 39, 48, no later than **November 18, 2024**.

- Unless and until the Court orders otherwise, **fact discovery is now closed**, with the exception of the Rule 30(b)(6) deposition that may be taken no later than **November 22, 2024**.

- No later than **the deadline for the completion of expert discovery**, the parties shall file a joint letter expressing their view as to whether the Court should allow summary judgment practice in this case notwithstanding the Court's Individual Rules and Practice in Civil Cases, *see* Rule 4(F)(i), and if so, proposing a briefing schedule for such motions.

- All other dates and deadlines remain in effect.

SO ORDERED.

Dated: November 12, 2024
      New York, New York

                                        JESSE M. FURMAN
                                       United States District Judge